# United States District Court
## Southern District of Georgia

KAY LYNETTE GRESHAM,

    Plaintiff,

                      JUDGMENT IN A CIVIL CASE

v.

                      CASE NUMBER: CV118-222

DAVITA HEALTHCARE PARTNERS, INC.;
TAMMY PRICE; and MARISSA
FREEDMAN,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated March 23, 2020, granting Defendants' Motion to Dismiss, this case is dismissed and this case stands closed.



3/23/2020                                                          Scott L. Poff
*Date*                                                                   *Clerk*

                                                                                       Jamie Hodge
                                                                      *(By) Deputy Clerk*